UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| MISTI L. MORGAN, *et al.* | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: CCB 07 CV 818 |
| THE MEMORIAL HOSPITAL AND MEDICAL CENTER OF CUMBERLAND, INC., *et al.* | * * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this lawsuit, by their undersigned counsel, pursuant to Fed. R. Civ. Proc. 41(a)(1)(ii), hereby stipulate to the dismissal with prejudice of all claims in this action.

___/s/_____
Frank W. Spector
Spector & Kopec, LLC
200 East Lexington Street
Suite 410
Baltimore, Maryland  21202
fspector@medlawhelpteam.com
(410) 385-0085 Telephone

Attorneys for Plaintiffs
Misti L. Morgan and
Kevin Morgan

___/s/_____
Gertrude C. Bartel (Fed. Bar No.: 00052)
Kramon & Graham, P.A.
One South Street
Suite 2600
Baltimore, Maryland  21202
gbartel@kg-law.com
(410) 752-6030 Telephone
(410) 539-1269 Facsimile

Attorneys for Defendants
The Memorial Hospital and Medical
Center of Cumberland, Inc. and
Western Maryland Health Systems, Inc.